RECEIVED

FEB 09 2012

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| GINA ARMSTRONG | * | CIVIL ACTION NO. 10-1574 |
| VERSUS | * | JUDGE TOM STAGG |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **AFFIRMED**, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 8th day of February, 2012, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE